UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRADLEY MCMORRIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:07CV1451 RWS |
| ) | |
| DON ROPER, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is serving a 70-year prison sentence after having been found guilty of multiple counts of sexual misconduct involving a child. Petitioner has included the names of several minors in the body of the petition. The names of minor children are not permitted to be used in filings with this Court. E.D. Mo. L.R. 2.17. As a result, the Court will order the Clerk to file the petition under seal.

Additionally, the petition for habeas relief has not been filed on a court-provided form. Both this Court's Local Rule 2.06(A) and Rule 2(d) of the Rules Governing Section 2254 Cases in the United States District Courts give this Court the authority to order petitioner to amend his petition by filing it on a court-provided form. Because of the manner in which the instant petition is drafted makes it difficult

to review, the Court will order petitioner to amend it using the court-provided form. Petitioner is instructed not to include the names of *any* minor children in the petition.

Petitioner shall file his amended petition within 30 days of the date of this Order. Failure to comply with this Order will result in the dismissal of this action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall file the petition [#1] under seal.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward to petitioner, with a copy of this Order, the form for filing a "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody."

**IT IS FURTHER ORDERED** that petitioner shall complete the form and return it within 30 days from the date of this order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with the terms of this Order, the petition shall be dismissed.

Dated this 15th day of August, 2007.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE